**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6463**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

MEGAN TERRANCE RAMON WHITE,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, Chief District Judge.  (4:05-cr-01127-TLW-1)

Submitted:  September 23, 2014        Decided:  September 25, 2014

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Megan Terrance Ramon White, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Megan Terrance Ramon White seeks to appeal his conviction for bank robbery. White was sentenced to 144 months in prison in 2007, and we affirmed his convictions and sentence on appeal. United States v. White, No. 07-4350 (4th Cir. Oct. 10, 2007) (unpublished). In March 2014, White filed another notice of appeal of the criminal judgment. However, because we have previously affirmed this criminal judgment, we dismiss the appeal as duplicative and untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED